

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-59,420-02

### EX PARTE BEHROOZ DAFTARIAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 27,675-85
### IN THE 85TH DISTRICT COURT
### FROM BRAZOS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated sexual assault of a child, and sentenced to life imprisonment in each case. His convictions were affirmed on direct appeal. *Daftarian v. State*, No. 01-01-00409-CR (Tex. App.—Houston [1st Dist.] Dec. 19, 2002) (op. on reh'g) (not designated for publication).

Applicant raises two grounds for relief. The habeas court found that ground one should be denied and ground two should be dismissed as subsequent. TEX. CODE CRIM. PROC. art. 11.07 § 4.

After an independent review of the record, we agree with the habeas court that ground one should be denied and that ground two should be dismissed as subsequent. However, we decline to adopt findings 21, 22, 23, and 26. Accordingly, the writ application is denied in part and dismissed in part.

Filed: November 1, 2017

Do not publish